UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JANE DOE 43,

                Plaintiff(s),

                              **NOTICE OF COURT CONFERENCE**

    -against-

EPSTEIN,                                      17 civ 616 (JGK)

                Defendant(s).
-----------------------------------------------------------X

To All Parties,

       You are directed to appear for a pretrial conference, to be held on **Thursday, March 9, 2017,** in Courtroom 12B, at 4:30pm in front of the Honorable John G. Koeltl.

**All requests for adjournments must be made in writing to the Court.**

For any further information, please contact the Court at (212) 805-0107.

                                                        **Don Fletcher**
                                              **Courtroom Case Manager**

Dated: New York, New York
         January 31, 2017

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/2017