UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JANE DOE 43

    *Plaintiff*,

    v.

JEFFREY EPSTEIN, GHISLAINE MAXWELL, SARAH KELLEN, LESLEY GROFF and NATALYA MALYSHEV

    *Defendants*.

No. 17 Civ. 00616 (JGK)

**MEMORANDUM IN OPPOSITION TO LETTER MOTION TO OPPOSE ALTERNATIVE SERVICE ON MAXWELL**

# REDACTED

**Conclusion**

The motion for the Court to reconsider its order should be denied.

Dated: November 13, 2017

Respectfully submitted,

FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS&LEHRMAN, P.L.

/s/ *Bradley J. Edwards*

Bradley J. Edwards
425 North Andrews Avenue, Suite 2 Fort Lauderdale, Florida 33301
Tel: (954) 524-2820  Fax: (954) 524-2822
Email: brad@pathtojustice.com
*Attorney for Plaintiff Jane Doe 43*

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 13th of November, 2017, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on the individuals identified below via transmission of Notices of Electronic Filing generated by CM/ECF.

Kimo S. Peluso
Sher Tremonte, LLP
90 Broad Street, 23rd Floor
New York, NY  10004
kpeluso@shertremonte.com

*Counsel for Haddon, Morgan & Foreman, P.C.*

Laura A. Menninger, Esq.
Jeffrey Pagliuca, Esq.
HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, Colorado 80203
Tel: (303) 831-7364
Fax: (303) 832-2628
Email: lmenninger@hmflaw.com
         jpagliuca@hmflaw.com

Michael C. Miller
1114 Avenue of the Americas
New York, NY  10036
mmiller@steptoie.com
Counsel for Defendants, Jeffrey Epstein and Lesley Groff

/s/ *Bradley J. Edwards*