# EXHIBIT 1

(With Attachments A, B and C)

# FILED UNDER SEAL

# EXHIBIT A

# FILED UNDER SEAL

# EXHIBIT B

# FILED UNDER SEAL

# EXHIBIT C

# FILED UNDER SEAL