UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 43,<br><br>　　　Plaintiff,<br><br>　　　　　vs.<br><br>JEFFREY EPSTEIN, GHISLAINE MAXWELL, SARAH KELLEN, LESLEY GROFF, AND NATALYA MALYSHEV<br><br>　　　Defendants. | CASE NO. 17 Civ 616 (JGK) |

### DECLARATION OF MICHAEL C. MILLER

I, Michael C. Miller, hereby declares as follows:

　　　1.　　I am an attorney at the law firm of Steptoe & Johnson LLP, counsel for Defendants Jeffrey Epstein and Lesley Groff ("Defendants").  I submit this declaration in support of Defendants' motions to dismiss, or, in the alternative, to strike a portion of the First Amended Complaint, and to require Plaintiff to proceed in her own name.

　　　2.　　Attached hereto as exhibits are true and correct copies of the following:

| | |
|---|---|
| **Exhibit A** | The First Amended Complaint filed in this action. |
| **Exhibit B** | The Complaint filed in this action. |
| **Exhibit C** | A letter I wrote to Plaintiff's counsel of May 15, 2017. |
| **Exhibit D** | A letter Plaintiff wrote to the New York Times and published on November 16, 2017. |
| **Exhibit E** | A blackline comparison of the Complaint and the First Amended Complaint. |

Dated: November 21, 2017

　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ Michael C. Miller_
　　　　　　　　　　　　　　　　　　　　　　　　　　Michael C. Miller