# EXHIBIT D

**The New York Times** | https://nyti.ms/2jvHgf5

Opinion | LETTER

# How David Boies Saved Me

NOV. 15, 2017

**To the Editor:**

Re "David Boies's Egregious Involvement With Harvey Weinstein" (Op-Ed, nytimes.com, Nov. 9):

Having read the article by Prof. Deborah L. Rhode criticizing the lawyer David Boies, I doubt that she has any firsthand experience with how Mr. Boies deals with rape and abuse victims.

I do, because I am one. When I was in the depths of despair from having been trafficked by very powerful, wealthy people, I was unable to find anyone who would take my abuse seriously. Mr. Boies heard me and came to my rescue. He examined my experiences, sorted out the factual wheat from the confusing chaff, and filed my case. Everything he and his colleagues did was the very opposite of intimidation or silencing.

They have protected me right from the beginning, as it was fear of being harmed that kept me from coming forward many years ago. For the first time in 10 years I finally feel safe because of David Boies and his colleagues.

What's more, his firm did not charge me legal fees. Like many other victims he represents, I will be forever grateful to him for bringing the abuse I suffered to the attention of the courts and the public.

SARAH RANSOME, BARCELONA, SPAIN

*The writer is the plaintiff in Jane Doe 43 v. Jeffrey Epstein, Ghislaine Maxwell, Sarah Kellen, Lesley Groff and Natalya Malyshev.*

---

© 2017 The New York Times Company