UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT NEW YORK
------------------------------------------------------x

JANE DOE 43,

                Plaintiff,

vs.

JEFFREY EPSTEIN, GHISLAINE MAXWELL, SARAH KELLEN, LESLEY GROFF, AND NATALYA MALYSHEV,

                Defendant.
---------------------------------------------------------x

17-cv-00616-JGK

## **DEFENDANT SARAH KELLEN'S NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that upon the annexed Memorandum of Law, and the accompanying Declaration of John E. Stephenson in support of Sarah Kellen's Motion to Dismiss, dated November 21, 2017, and the exhibits attached thereto, and in accordance with the schedule entered by this Court, Defendant Sarah Kellen, by and through her counsel, Alston & Bird LLP, will move this Court at the United States Courthouse, 500 Pearl Street, New York, New York, at the earliest available time, for an Order pursuant to Rule 12 of the Federal Rules of Civil Procedure dismissing the claims asserted against her in the Amended Complaint with prejudice.

Dated:    Atlanta, Georgia
            November 21, 2017

                                                  By:  /s/John E. Stephenson, Jr.
                                                      John E. Stephenson, Jr.
                                                       (*admitted pro hac vice*)
                                                       Jonathan D. Parente
                                                       (*pro hac vice forthcoming*)
                                                       ALSTON & BIRD LLP
                                                       1201 West Peachtree Street
                                                       Atlanta, Georgia  30309
                                                       (404) 881-7000
                                                       john.stephenson@alston.com
                                                       jonathan.parente@alston.com

                                                       Alexander S. Lorenzo
                                                       ALSTON & BIRD LLP
                                                       90 Park Avenue
                                                       New York, New York  10016
                                                       (212) 210-9400
                                                       alexander.lorenzo@alston.com

                                                       *Counsel for Defendant*
                                                       *Sarah Kellen*

To:      Counsel of Record for All Parties