# EXHIBIT 1

| | |
|---|---|
| **From:** | Sigrid McCawley |
| **Sent:** | Monday, December 04, 2017 6:13 PM |
| **To:** | gmax1@ellmax.com |
| **Cc:** | brad@epllc.com; 'StanPottinger@aol.com' (StanPottinger@aol.com); Paul Cassell (cassellp@law.utah.edu); Meredith Schultz; Brittany Henderson (brittany@epllc.com) |
| **Subject:** | Complaint & Summons |
| **Attachments:** | 2017-01-26 [DE 1] Complaint.pdf; 2017-10-04 [DE 64] Electronic Summons Issued-Maxwell.pdf; 2017-06-05 [DE 45] First Amended_Complaint.pdf |

Hello Ms. Maxwell,

Please see the attached which is a complaint and an amended complaint filed against you and the related summons.

Thank you,
Sigrid

**Sigrid McCawley**
Partner
_____

**BOIES SCHILLER FLEXNER LLP**
401 E. Las Olas Blvd. Suite 1200
Fort Lauderdale, FL, 33301
(t)  +1 954 377 4223
(m) +1 954 770 5377
smccawley@bsfllp.com
**www.bsfllp.com**

1