# EXHIBIT 2

UNITED STATES DISTRICT COURT
for the
Southern District of New York

Jane Doe 43, Plaintiff

v.  Civil Action No.17-cv-616

Jeffrey Epstein, Ghislaine Maxwell
Sara Kellen, Lesley Groff, Defendant (s)     AFFIDAVIT

Douglas G. Mercer, being duly sworn deposes and states:

1. I am employed as the Chief Investigator by Alpha Group Investigations, an investigative services company. I supervised the service of a Summons in a Civil Action, Complaint and First Amended Complaint to be served on Ghislaine Maxwell.

2. On Wednesday, December 6th, 2017 Alpha Group Research Analyst Joseph Dorilio Identified three addresses in the New York City area that are currently associated with Ghislaine Maxwell, or have been associated with Ghislaine Maxwell: 116 E. 65th Street, New York, New York 10065; 457 Madison Avenue, fourth floor, New York, New York 10022 and 55 Monterey Avenue, Teaneck, New Jersey 07666. Mr. Dorilio was unsuccessful in locating any other current known or associated addresses for Ghislaine Maxwell in the New York City area.

3. On Thursday, December 14th, 2017 at 11:55 am Alpha Group Investigator Kevin Murphy arrived at 55 Monterey Avenue, Teaneck, New Jersey, which appeared to be a two-story single-family home. The investigator knocked on the front door and rang the doorbell several times, but no one answered the door, although the investigator could hear voices within the residence. Investigator Murphy served the Summons in a Civil Action, Complaint and First Amended Complaint for Ghislaine Maxwell by placing them in the mailbox adjacent to the front door.

4. On Thursday, December 14th, 2017 at 1:00 pm Alpha Group Investigator Kevin Murphy arrived at 116 E. 65th Street, New York, New York, which appeared to be a five-story residence. Investigator Murphy observed numerous old newspapers in plastic bags on the steps in front of the front door. Investigator Murphy did not observe any footprints in the freshly fallen snow by the front door. Investigator Murphy rang the door bell several times and knocked on the front door several times, but no one answered. Investigator Murphy served the Summons in a Civil Action, Complaint and First Amended Complaint for Ghislaine Maxwell by placing them by the front door.

5. On Thursday, December 14th, 2017 at 1:45 pm Alpha Group Investigator Kevin Murphy arrived at 457 Madison Avenue, which was also known as the Trunk Club. Investigator Murphy entered the building and spoke to a Caucasian male, 21-35 years old, brown hair who was seated behind a desk in the lobby. Investigator Murphy was advised by the male behind the desk that Ghislaine Maxwell had not resided at the location for some time. Investigator Murphy served the Summons in a Civil Action,

Complaint and First Amended Complaint for Ghislaine Maxwell to the male at the front desk in the lobby.

6. On Thursday, December 14th, 2017 your deponent mailed copies of the Summons in a Civil Action, Complaint and First Amended Complaint for Ghislaine Maxwell by placing them in plain white envelopes, each addressed to Ghislaine Maxwell, which were marked "personal & confidential. Your deponent then mailed the envelopes to 116 E. 65th Street, New York, New York 10065; 457 Madison Avenue, fourth floor, New York, New York 10022 and 55 Monterey Avenue, Teaneck, New Jersey 07666 by placing the envelopes in in an official depository under the exclusive care and custody of the U.S. Postal Service.

7. On Thursday, December 21th, 2017 at 12:55 pm Alpha Group Investigator Kevin Murphy arrived at 55 Monterey Avenue, Teaneck, New Jersey, which appeared to be a two-story single-family home. The investigator knocked on the front door and rang the doorbell several times, but no one answered the door. Investigator Murphy stayed outside the residence in case someone did open the door, but he did not observe anyone at the residence. The investigator did hear a dog barking from within the house. At 1:05 pm Investigator Murphy served the Summons in a Civil Action, Complaint and First Amended Complaint for Ghislaine Maxwell by placing them in the mailbox adjacent to the front door.

8. On Thursday, December 21st, 2017 your deponent mailed a copy of the Summons in a Civil Action, Complaint and First Amended Complaint for Ghislaine Maxwell by placing the documents in plain white envelope addressed to Ghislaine Maxwell, which was marked "personal & confidential. Your deponent then mailed the envelope to 55 Monterey Avenue, Teaneck, New Jersey 07666 by placing the envelopes in in an official depository under the exclusive care and custody of the U.S. Postal Service.

9. Your deponent is familiar with the process for serving court papers and it is unlikely that other reasonable efforts would have produced successful service on Ghislaine Maxwell.

DOUGLAS G. MERCER

Sworn to before me this
21th day of December, 2017.

Enza Miller
Notary Public

ENZA M MILLER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01MI6137216
Qualified in Suffolk County
My Commission Expires November 21, 2017 2021

ENZA M MILLER
NOTARY PUBLIC-STATE OF NEW YORK
01MI6137216
in Suffolk County
Expires November 21, 2017