# EXHIBIT 3


## GOV.UK
**Find property information**

# Summary of title NGL948023

Purchased on 19 December 2017 at 20:31:44.

This information can change if we receive an application. This service is unable to tell you whether or not there is an application pending with HM Land Registry.

| | |
|---|---|
| Address: | **44 Kinnerton Street**<br>**London**<br>**SW1X 8ES** |
| Leaseholder: | **Eaton Square Properties Limited**<br>70 Grosvenor Street<br>London<br>W1K 3JP |
| Tenure: | **Leasehold** |

This title was last changed on 17 March 2016 at 14:45:52.

## VAT Receipt

| | | |
|---|---|---|
| **Date:** | 19 December 2017 at 20:31:44 | **HM Land Registry** |
| **Transaction ID:** | 9527599532 | Trafalgar House |
| **Description:** | Summary of title: NGL948023 | 1 Bedford Park |
| **Net amount:** | £2.50 | Croydon |
| **VAT @ 20%:** | £0.50 | CR0 2AQ |
| **Total inc VAT:** | £3.00 | **VAT registration number:**<br>GB 8888 181 53 |

If you have any problems with your purchase, you can contact HM Land Registry on 0300 006 0411.