# EXHIBIT 4

# Aneisha Christie

| | |
|---|---|
| **From:** | Aneisha Christie |
| **Sent:** | Thursday, January 04, 2018 3:41 PM |
| **To:** | 'gmaxwell@theterramarproject.org'; 'maxwellg@theterramarproject.org'; 'ghislaine@theterramarproject.org'; 'gmax@theterramarproject.org'; 'maxwell@theterramarprject.org'; 'ghislaine.maxwell@theterramarproject.org' |
| **Cc:** | 'Brad Edwards'; 'stanpottinger'; 'Paul Cassell'; Meredith Schultz; Brittany Henderson; Sigrid McCawley |
| **Subject:** | Jane Doe 43 v. Epstein, et al.- Summons and Complaint |
| **Attachments:** | 2017-01-26 [DE 1] Complaint.pdf; 2017-10-04 [DE 64] Electronic Summons Issued-Maxwell.pdf; 2017-06-05 [DE 45] First Amended_Complaint.pdf; 2017-01-26 [DE 2] Civil Cover Sheet.pdf |

Hello Ms. Maxwell,

Attached please find Plaintiff's Complaint and First Amended Complaint filed against you and the related civil cover sheet and issued summons.

Thank You,

**Aneisha Christie**
Legal Assistant

## BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Fort Lauderdale, FL 33301
(t)  +1 954 377 4236
(m) +1 954 356 0011
achristie@bsfllp.com
**www.bsfllp.com**