UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE 43,<br><br>    Plaintiff,<br>              vs.<br><br>JEFFREY EPSTEIN, GHISLAINE MAXWELL, SARAH KELLEN, LESLEY GROFF, AND NATALYA MALYSHEV<br><br>    Defendants. | CASE NO. 17 Civ 616 (JGK) |

## NOTICE OF MOTION

PLEASE TAKE NOTICE THAT, upon the accompanying memorandum of law and declaration of Michael C. Miller (with exhibits), Defendants Jeffrey Epstein and Lesley Groff ("Defendants") will move the Court, pursuant to Fed. R. Civ. P. 9(b), 12(b)(2) and (6), 12(f), and before the Honorable John G. Koeltl, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, as soon as counsel may be heard, for an Order (1) granting the Defendants' supplemental motion to dismiss the First Amended Complaint; (2) striking a portion of the First Amended Complaint if the motion to dismiss is not granted; and (3) any other relief the Court deems just and proper.

Dated:   New York, New York
         January 26, 2018

Yours, etc.,

_____
Michael C. Miller
Justin Y.K. Chu
Michael A. Keough
Steptoe & Johnson, LLP
1114 Avenue of the Americas
New York, New York 10036
(212) 506-3900

mmiller@steptoe.com
jchu@steptoe.com

*Counsel for Jeffrey Epstein and Lesley Groff*