

BOIES
SCHILLER
FLEXNER

Sigrid S. McCawley, Esq.
E-mail: smccawley@bsfllp.com

February 28, 2018

**VIA CM/ECF**

Honorable John G. Koeltl
United States District Court
United States Courthouse
500 Pearl Street
New York, NY 10007

**APPLICATION GRANTED
SO ORDERED**

3/12/18

John G. Koeltl, U.S.D.J.

Re:  *Jane Doe 43 v. Jeffrey Epstein, et al.*,
   **Case No.: 17-cv-00616 (JGK)**

Dear Judge Koeltl:

This letter motion seeks the Court's permission to file an unredacted copy of Plaintiff's Opposition to Defendants' Motion to Dismiss and Defendants' Supplemental Motion to Dismiss (DE 115) under seal pursuant to paragraph 1(c) of the Court's Confidentiality Stipulation and Order (DE 100) dated January 19, 2018.

Plaintiff has redacted any references to Ms. Ransome's deposition and deposition exhibits as provided in the Court's Confidentiality Stipulation and Order (DE 100). Accordingly, Plaintiff respectfully requests that the she may file her unredacted brief and exhibits under seal.

Respectfully submitted,

*/s/ Sigrid McCawley*
Sigrid S. McCawley, Esq.

SSM/

cc:   All Counsel of Record

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3/22/18

BOIES SCHILLER FLEXNER LLP

401 East Las Olas Boulevard, Suite 1200, Fort Lauderdale, FL 33301 | (t) 954 356 0011 | (f) 954 356 0022 | www.bsfllp.com