

**Haddon, Morgan and Foreman,** P.C
**Laura A. Menninger**

150 East 10th Avenue
Denver, Colorado  80203
PH  303.831.7364  FX  303.832.2628
www.hmflaw.com
lmenninger@hmflaw.com

March 13, 2018

<u>**Via ECF**</u>

Hon. John G. Koeltl
United States District Judge
United States District Court
Daniel Patrick Moynihan Courthouse
Southern District of New York
500 Pearl Street, Room 1940
New York, New York 10007-1312

      Re:    *Jane Doe 43 v. Jeffrey Epstein*, *et al.,* 17-cv-00616 (JGK)

Dear Judge Koeltl:

      This letter motion seeks the Court's permission to file an un-redacted copy of Defendant Ghislaine Maxwell's Motion to Dismiss, and Exhibit A to the Declaration of Laura A. Menninger in Support of the Motion to Dismiss, under seal pursuant to paragraph 1(c) of the Court's Confidentiality Stipulation and Order (Doc. #100) dated January 19, 2018.

      Ms. Maxwell has redacted any references to Ms. Ransome's deposition exhibits as provided in the Court's Confidentiality Stipulation and Order (Doc. #100). Accordingly, Ms. Maxwell respectfully requests that she may file her unredacted brief and exhibit under seal.

      Respectfully submitted,

      HADDON, MORGAN AND FOREMAN, P.C.


      */s/ Laura A. Menninger*
      Laura A. Menninger

Hon. John G. Koeltl
March 13, 2018
Page 2

## CERTIFICATE OF SERVICE

I certify that on March 13 2018, I served the accompanying Letter Motion on the following counsel of record:

Sigrid S. McCawley
Meredith Schultz
Boies, Schiller & Flexner, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com
mschultz@bsfllp.com

Bradley J. Edwards
EDWARDS POTTINGER LLC
425 North Andrews Ave., Ste. 2
Ft. Lauderdale, FL 33301
brad@pathtojustice.com

John E. Stephenson, Jr.
Jonathan D. Parente
Alexander S. Lorenzo
ALSTON & BIRD, LLP
90 Park Avenue
New York, NY 10016
john.stephenson@alston.com
jonathan.parente@alston.com
alexander.lorenzo@alston.com

Paul G. Cassell
383 S. University Street
Salt Lake City, UT 84112
cassellp@law.utah.edu

Michael C. Miller
Justin Y.K. Chu
Michael A. Keough
STEPTOE & JOHNSON, LLP
1114 Avenue of the Americas
New York, NY 10036
mmiller@steptoe.com
jchu@steptoe.com
mkeough@steptoe.com

/s/ *Nicole Simmons*
Nicole Simmons