UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SARAH RANSOME,

        Plaintiff,

- against -

JEFFREY EPSTEIN, ET AL.,

        Defendants.

17-cv-616 (JGK)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/8/18

---

**JOHN G. KOELTL, District Judge:**

For the reasons stated on the record at the argument held today, August 7, 2018, the motions to dismiss filed by Jeffrey Epstein, Sarah Kellen, Lesley Groff, and Ghislaine Maxwell are denied.

The Clerk of Court is directed to close all pending motions.

**SO ORDERED.**

Dated:    New York, New York
           August 7, 2018

                                      John G. Koeltl
                                  United States District Judge