

1555 Palm Beach Lakes Blvd., Suite 930
West Palm Beach, FL 33401
**TEL**: (561) 847-4408 | **FAX**: (561) 855-2891

November 6, 2018

**Via CM/ECF**
The Honorable Magistrate Sarah Netburn
United States District Court
Thurgood Marshall Courthouse
40 Foley Square, Room 430
New York, NY 10007

    Re:    *Jane Doe 43 v. Jeffrey Epstein, et al.*
              United States District Court, Southern District of New York
              Case No. 174-CV-00616 (JGK)
              Letter re Protective Order

Dear Magistrate Netburn:

    This firm is co-counsel for Defendants Jeffrey Epstein, Sarah Kellen and Lesley Groff and we are writing this letter pursuant to Local Rule 37.2. We have no objection to the Court entering the proposed Protective Order provided by Laura Menninger on behalf of Defendant Ghislaine Maxwell (D.E. 163). The parties in this case verbally agreed to use the same Protective Order as was entered by The Honorable Robert Sweet in Case No. 15-cv-7433-RWS (D.E. 62).

    Thank you for your consideration.

                                          Sincerely,

                                          /s/ Scott J. Link

                                          Scott J. Link

SJL/jl/tlc
cc:    Counsel of Record (via ECF)
20C4362