UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SARAH RANSOME,<br><br>        Plaintiff,<br><br>v.<br><br>JEFFREY EPSTEIN, GHISLAINE MAXWELL, SARAH KELLEN, LESLEY GROFF and NATALYA MALYSHEV,<br><br>        Defendants. | No. 17-Civ-00616 (JGK) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff, Sarah Ransome, and Defendants, Jeffrey Epstein, Ghislaine Maxwell, Sarah Kellen and Lesley Groff, pursuant to Federal Rule of Civil Procedure 41, that each and every issue, claim, including all claims for all forms of damages, prejudgment interest, and costs be dismissed with prejudice, each party to bear its own attorneys' fees, costs, and expenses.  The parties hereby request the Court to enter the attached Agreed Final Order of Dismissal With Prejudice.

DATED: December 20, 2018

LINK & ROCKENBACH, PA
1555 Palm Beach Lakes Blvd., Suite 930
West Palm Beach, FL  33401
(561) 847-4408
scott@linkrocklaw.com

By: */s/ Scott J. Link*
    SCOTT J. LINK, *pro hac vice*
    *Counsel for Defendants Jeffrey Epstein,*
    *Sarah Kellen and Lesley Groff*

DATED:  December 20, 2018

BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL  33301
(954) 356-0011
smccawley@bsfllp.com
mschultz@bsfllp.com

By: /s/ *Sigrid McCawley, with permission*
    SIGRID MCCAWLEY, *pro hac vice*
    MEREDITH SCHULTZ, *pro hac vice*
    *Counsel for Plaintiff Sarah Ransome*

DATED: December 20, 2018

HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, CO  80203
lmenninger@hmflaw.com
jpagliuca@hmflaw.com


By: */s/ Laura A. Menninger, with permission*
    LAURA A. MENNINGER (LM-1374)
    JEFFREY PAGLIUCA, *pro hac vice*
    *Counsel for Defendant Ghislaine Maxwell*