UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# ___
DATE FILED: _____

---

SARAH RANSOME,

        Plaintiff,

v.

JEFFREY EPSTEIN, GHISLAINE
MAXWELL, SARAH KELLEN, LESLEY
GROFF and NATALYA MALYSHEV,

        Defendants.

No. 17-Civ-00616 (JGK)

---

## AGREED FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the Court upon the Stipulation of Dismissal With Prejudice entered into by and among Plaintiff, Sarah Ransome, and Defendants, Jeffrey Epstein, Ghislaine Maxwell, Sarah Kellen and Lesley Groff. [D.E 186] The Court, having reviewed the Stipulation, hereby

ORDERS AND ADJUDGES that each and every issue, claim, including all claims for all forms of damages, prejudgment interest, and costs, is hereby dismissed with prejudice, each party to bear its own attorneys' fees and costs.

DONE AND ORDERED in Chambers at New York, New York, this 20 day of December, 2018.

_____
United States District Judge

*The Clerk is directed to enter Judgment and to close this case. The Clerk is also directed to close all pending motions. So ordered.*

*12/20/18*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SARAH RANSOME,

       Plaintiff,

v.

JEFFREY EPSTEIN, GHISLAINE
MAXWELL, SARAH KELLEN, LESLEY
GROFF and NATALYA MALYSHEV,

       Defendants.

No. 17-Civ-00616 (JGK)

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and among Plaintiff, Sarah Ransome,

and Defendants, Jeffrey Epstein, Ghislaine Maxwell, Sarah Kellen and Lesley Groff, pursuant to

Federal Rule of Civil Procedure 41, that each and every issue, claim, including all claims for all

forms of damages, prejudgment interest, and costs be dismissed with prejudice, each party to bear

its own attorneys' fees, costs, and expenses. The parties hereby request the Court to enter the

attached Agreed Final Order of Dismissal With Prejudice.

DATED: December 20, 2018

LINK & ROCKENBACH, PA
1555 Palm Beach Lakes Blvd., Suite 930
West Palm Beach, FL 33401
(561) 847-4408
scott@linkrocklaw.com

By: _____

   SCOTT J. LINK, *pro hac vice*
  *Counsel for Defendants Jeffrey Epstein,*
  *Sarah Kellen and Lesley Groff*

DATED: December 20, 2018

BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011 ·
smccawley@bsfllp.com
mschultz@bsfllp.com

By: _____

   SIGRID MCCAWLEY, *pro hac vice*
   MEREDITH SCHULTZ, *pro hac vice*
  *Counsel for Plaintiff Sarah Ransome*

DATED: December 20, 2018

HADDON, MORGAN & FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
lmenninger@hmflaw.com
jpagliuca@hmflaw.com

By:

LAURA A. MENNINGER (LM-1374)
JEFFREY PAGLIUCA, *pro hac vice*
*Counsel for Defendant Ghislaine
Maxwell*

2