**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 12/21/18

---

SARAH RANSOME,

        Plaintiff,

v.

JEFFREY EPSTEIN, GHISLAINE MAXWELL, SARAH KELLEN, LESLEY GROFF and NATALYA MALYSHEV,

        Defendants.

No. 17-Civ-00616 (JGK)

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Sarah Ransome, pursuant to Federal Rule of Civil Procedure 41 (a)(1), hereby files this Notice of Voluntary Dismissal of her claims against Defendant Natalya Malyshev. Defendant Malyshev has not filed an answer nor made any appearance in this matter. On December 20, 2018, Plaintiff and Defendants Jeffrey Epstein, Ghislaine Maxwell, Sarah Kellen and Leslie Groff filed a Stipulation of Dismissal with Prejudice. Accordingly, Plaintiff Ransome hereby provides her Notice of Voluntary Dismissal as to Defendant Natalya Malyshev pursuant to Federal Rule of Civil Procedure 41(a)(1).

DATED: December 20, 2018

BOIES SCHILLER FLEXNER LLP
401 E. Las Olas Blvd., Suite 1200
Ft. Lauderdale, FL 33301
(954) 356-0011
smccawley@bsfllp.com
mschultz@bsfllp.com

SO ORDERED:

_____
U.S.D.J.
12/20/18

By: /Sigrid S. McCawley
    SIGRID MCCAWLEY, *pro hac vice*
    MEREDITH SCHULTZ, *pro hac vice*
    *Counsel for Plaintiff Sarah Ransome*